UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERT VIESSE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TACOMA SCREW PRODUCTS, INC.,<br><br>Defendant. | CASE NO. C16-1026-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the class certification briefing schedule (Dkt. No. 33). Plaintiff filed a motion for class certification (Dkt. No. 29) and Defendant's response is due June 30, 2017. (Dkt. No. 21.) The parties have agreed to participate in mediation by August 31, 2017. (Dkt. No. 33.) The parties propose reporting back to the Court on September 6, 2017 and, if mediation was not successful, propose new dates for the opposition and reply. The parties' motion is GRANTED. The parties will report back to the Court no later than September 6, 2017 to inform it of the status of this case and any briefing schedule changes. The Clerk is DIRECTED to statistically close this case.

//

MINUTE ORDER C16-1026-JCC
PAGE - 1

1       DATED this 23rd day of June 2017.

                                          William M. McCool
                                          Clerk of Court

                                          /s/Paula McNabb
                                          Deputy Clerk